# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

EDWARD MONROE, FABIAN MOORE, )
and TIMOTHY WILLIAMS, on behalf of )
themselves and all other similarly situated )
employees, )
         )
        Plaintiffs, )
         )    C.A. No. 25-362-JLH-LDH
      v. )
         )
FTS USA, LLC; UNITEK USA LLC; )
UNITEK ACQUISITION, INC.; )
UNITEKFIBER HOLDINGS, LLC; )
UNITEK FIBER, LLC; GW )
COMMUNICATION SOLUTIONS LLC; )
GRAYCLIFF ENTERPRISE SOLUTIONS, )
LLC; HUTCHINS TELECOME )
SOLUTIONS, LLC; SDT SOLUTIONS, )
LLC; UNITEK SERVICES COMPANY, )
LLC; and UNITEK PAYROLL SERVICES, )
LLC, )
         )
        Defendants. )

## ORDER

At Wilmington, this 20th day of March, 2026;

WHEREAS, Magistrate Judge Hatcher issued a Report and Recommendation on March 5, 2026 (D.I. 34, the "R&R"), recommending that the Court grant-in-part and deny-in-part Defendants' motion to dismiss for failure to state a claim (D.I. 20), and deny as moot Defendants' motion to stay discovery pending resolution of the motion to dismiss (D.I. 28);

WHEREAS, objections to the R&R were due by March 19, 2026, pursuant to Federal Rule of Civil Procedure 72(b)(2);

WHEREAS, no party filed objections to the R&R, and the Court finding no clear error on the face of the record;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. Judge Hatcher's March 5, 2026 Report and Recommendation (D.I. 34) is ADOPTED.

2. Defendants' Motion to Dismiss (D.I. 20) is GRANTED-IN-PART and DENIED-IN-PART. The motion is granted with respect to the request for punitive damages. The motion is denied in all other respects.

3. Defendants' Motion to Stay (D.I. 28) is DENIED.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE